IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IVAN LACKING,**

 **Petitioner,**

 **vs.**

               Civil Action 2:15-cv-3069
               Judge Watson
               Magistrate Judge King

**WARDEN, CHILLICOTHE CORRECTIONAL INSTITUTION,**

 **Respondent.**

## REPORT AND RECOMMENDATION

 Petitioner filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, but did not pay the $5.00 filing fee. On December 17, 2015, petitioner was ordered to pay the filing fee within thirty (30) days or seek leave to proceed *in forma pauperis* pursuant to 28 U.S.C. §1915(a). *Order*, ECF No. 2. Petitioner was expressly advised that his failure to do so may result in the dismissal of the action for want of prosecution. *Id.* Petitioner has neither paid the filing fee nor sought leave to proceed *in forma pauperis*.

 It is therefore **RECOMMENDED** that this action be dismissed for failure to prosecute.

 If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part

thereof in question, as well as the basis for objection thereto.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).  Response to objections must be filed within fourteen (14) days after being served with a copy thereof.  Fed. R. Civ. P. 72(b).

The parties are specifically advised that the failure to object to the Report and Recommendation will result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the judgment of the District Court.  *See*, *e.g.*, *Pfahler v. Nat'l Latex Prod. Co.*, 517 F.3d 816, 829 (6th Cir. 2007) (holding that "failure to object to the magistrate judge's recommendations constituted a waiver of [the defendant's] ability to appeal the district court's ruling"); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005) (holding that defendant waived appeal of district court's denial of pretrial motion by failing to timely object to magistrate judge's report and recommendation).  Even when timely objections are filed, appellate review of issues not raised in those objections is waived.  *Robert v. Tesson*, 507 F.3d 981, 994 (6th Cir. 2007) ("[A] general objection to a magistrate judge's report, which fails to specify the issues of contention, does not suffice to preserve an issue for appeal . . . .") (citation omitted)).

                                             s/  *Norah McCann King*
                                             Norah M<sup>c</sup>Cann King
                                             United States Magistrate Judge

January 22, 2016

2