UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IVAN LACKING,

    Petitioner,

v.

    Case No. 2:15–cv–3069
    JUDGE WATSON
    Magistrate Judge King

CHARLOTTE JENKINS, WARDEN,

    Respondent.

## ORDER

This is an action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 29, 2016, the Magistrate Judge recommended that Respondent's *Motion to Dismiss*, ECF No. 8, be granted and that this action be dismissed as barred by the one-year statute of limitations established by 28 U.S.C. § 2244(d). *Report and Recommendation*, ECF No. 12. The parties were advised of their right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, and Petitioner was granted an extension of time in which to file objections. *Order*, ECF No. 14. Nevertheless, no objections have been filed.

The *Report and Recommen*dation, ECF No. 12, is **ADOPTED** and **AFFIRMED**. Respondent's *Motion to Dismiss*, ECF No. 8, is **GRANTED**. This action is hereby **DISMISSED** as barred by the one-year statute of limitations established by 28 U.S.C. § 2244(d).

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.

**IT IS SO ORDERED.**

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT